UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2862 JGB (SPx)** | Date | January 27, 2026 |
|---|---|---|---|
| Title | ***Estate of David Rojas Sr., et al. v. San Bernardino Police Department, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause re Dismissal for Lack of Prosecution (IN CHAMBERS)**

On October 28, 2025, plaintiff Estate of David Rojas Sr. ("Plaintiff") filed a complaint against defendants San Bernardino Police Department, City of San Bernardino, Jorge Ortiz, and Does 1-10 (collectively, "Defendants"). ("Complaint," Dkt. No. 1.)

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed R. Civ. Proc. 12(a)(1).

Here, it appears that one or more of these time periods has not been met as no proof of service has been filed. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **February 4, 2026** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. Failure to adequately respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**